IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TAMMY LYNN PARKER | ) |
| | ) |
| v. | ) NO. 3-13-1149 |
| | ) JUDGE CAMPBELL |
| RICH PRODUCTS CORP. | ) |

ORDER

Pending before the Court is Defendant's Motion to Compel Arbitration of Plaintiff's Claims (Docket No. 21). For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED. The parties are ordered to arbitrate their disputes, and this action is STAYED, pending further Order of the Court.

Any other pending Motions are denied as moot, and the Clerk is directed to close the file administratively. The jury trial set for April 14, 2015, and the pretrial conference set for April 6, 2015, are canceled.

The parties shall notify the Court once the arbitration is complete or, in any event, by December 1, 2014, of the status of the case.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE